IN the INTEREST OF: G.D.G., D.G.S., and R.F.J.W.; Plaintiffs,

Juvenile Officer, Respondent,

v.

F.W. (Mother), Appellant.

WD 79021

Missouri Court of Appeals, Western District.

ORDER FILED: April 12, 2016

Robert Thrasher, Kansas City, MO, Counsel for Appellant.

Lori Fluegel, Kansas City, MO, Counsel for Respondent.

Kelley Gilmore, Independence, MO, Counsel for Plaintiffs.

Before Division Three: James Edward Welsh, P.J., Thomas H. Newton, and Gary D. Witt, JJ.

**ORDER**

Per Curiam:

F.W. appeals the circuit court's judgment terminating her parental rights to her three biological children based on findings of abuse or neglect, failure to rectify harmful conditions, and parental unfitness. We affirm. Rule 84.16(b).

Michael PEARSON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 103236

Missouri Court of Appeals, Eastern District, *DIVISION THREE.*

Filed: April 12, 2016

Randall G. Brachman, Missouri Public Defender Office, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Colette E. Neuner, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

PER CURIAM.

Michael Pearson appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).